**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**JESUS RODRIGUEZ,**

                            **Plaintiff,**

      v.                                      **9:12-CV-958**

**DAVID ROSNER,**
**Medical Doctor,**
**Watertown Correctional Facility,**

                            **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THOMAS J. McAVOY**
**United States District Judge**

## DECISION & ORDER

       This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

       No objections to the December 5, 2012 Report-Recommendation were raised by the parties.  After examining the record, the Court determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

       Thus, it is ordered that: (1) Defendant's motion to dismiss be **GRANTED**; (2) Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**; and (3) Plaintiff's motion for appointment of counsel be **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 19, 2013

Thomas J. McAvoy
Senior, U.S. District Judge